IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM WESLEY DUTTON, *et al.*,   )
                                   )
   *Plaintiffs*,                  )
                                   )   Civil Action No. 16-cv-01496 (ABJ)
v.                                 )
                                   )
U.S. DEPARTMENT OF JUSTICE,        )
                                   )
   *Defendant.*                   )
                                   )

## DECLARATION OF MICHAEL J. SHARKEY

I, Michael J. Sharkey, declare as follows:

1. I have personal knowledge of the details and matters set forth below.

2. I am a retired FBI Special Agent. I retired from the FBI in May 2015. I worked Federal Criminal and Terrorism cases for the FBI for over twenty-four (24) years. As an FBI Special Agent, I conducted hundreds of federal criminal investigations in the areas of Violent Crime, Organized Crime and Drug Investigations, as well as International and Domestic Terrorism. I assisted in federal prosecutions of hundreds of cases in these areas of crime. Over the course of my career, I worked with hundreds of confidential sources.

3. Over the course of my career, it is well known through federal criminal pre-trial discovery, that documents and records related to confidential source information (information that relates to a confidential source for the FBI) is referenced by code name(s) and/or symbol number(s), and not by the true name of the confidential source. This is done to protect the identity of the source. Therefore, a search for records that pertain to or concern a confidential source of the FBI should use the code name(s) and/or symbol number(s) assigned to that individual to locate responsive records.

- 2 -

4.      To the extent confidential source information is filed or referenced in a main investigation file system, such as CRS, ACS, UNI, Sentinel, and/or ELSUR, the information would again be located by searching under the source's code name and/or symbol number, rather than the source's true name.

5.      As described in the declaration submitted by David M. Hardy, ELSUR is the Electronic Surveillance indices that is comprised of records related to electronic surveillance sought, administered, and/or conducted by the FBI since January 1, 1960. However, ELSUR is a separate index from CRS and in my experience and practice with the FBI, a search for records pertaining to electronic surveillance requires a separate and independent search of ELSUR.

6.      Based on the declaration submitted by David M. Hardy, it appears that the FBI searched the following file systems: CRS, ACS, Sentinel and UNI using variations of William Dutton's name as the keywords.[1] As I stated above, the search of these indices should have used the code name(s) and/or symbol number(s) assigned to William Dutton locate records relevant to him.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 23rd day of June, 2017 in Washington, D.C.

*Michael J. Sharkey* (signature)
Michael J. Sharkey

---

[1] David Hardy's declaration references a supplemental search, which apparently located responsive records, but it does not identify the file systems searched. *See* Declaration submitted by David M. Hardy (ECF No. 14-2) in this lawsuit, ¶ 33 and n. 12.