UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM WESLEY DUTTON, and JUDICIAL WATCH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-01496-ABJ<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND DECLARATION OF DEBORAH M. WALLER**

I, Deborah M. Waller, do hereby declare:

1. I am a Government Information Specialist for the Office of the Inspector General, United States Department of Justice (OIG), Washington, D.C. Due to the nature of my official duties, I am familiar with the procedures followed in processing requests received by the OIG pursuant to 5 U.S.C. § 552, commonly known as the Freedom of Information Act (FOIA), and with the OIG's responses to the FOIA request at issue in this case. The statements in this declaration are based upon my personal knowledge and experience and upon information made available to me in the course of my official duties.

2. A full recitation of the facts surrounding my response to the FOIA request in this matter is contained in my declaration dated May 8, 2017.

1

3. As I detailed in my prior declaration, in connection with its investigative duties, the OIG maintains investigative records relating to complaints of misconduct received by the OIG and to any investigations of those complaints conducted by the OIG. The OIG's investigative records are indexed by the name of the individual subject or subjects and/or by the name of the complainant and can be electronically searched by the names of those individuals. The OIG database containing all OIG investigative records is named the Investigation Data Management System (IDMS). As described in my prior declaration, one of the steps I undertook when processing the FOIA request in this matter was to search the IDMS database. The OIG does not maintain a separate or additional system of records or database for investigative records concerning confidential sources of the OIG or confidential sources of any other investigative agency; therefore, there is no additional such database to search. Any information that the OIG may have pertaining to confidential sources would be in the IDMS database, if anywhere in OIG records, although as noted above, IDMS records are not indexed by any such information.

4. As detailed in my prior declaration, I used the identifiers provided by the Plaintiffs to conduct my search. Plaintiffs' FOIA request sought "any and all records concerning, regarding, or relating to William Wesley Dutton. Such records include, but are not limited to, records of background checks of William Wesley Dutton, records of communications, contacts, or correspondence between William Wesley Dutton and employees, officials, or

2

agents of the Department of Justice Office of the Inspector General, and records of investigations concerning or regarding William Wesley Dutton." Accordingly, my search included the first and last name of William Dutton and just the last name Dutton, with and without the middle name, to ensure the search encompassed any records that would be retrievable by that name. Plaintiffs' request did not provide any information about any confidential source name, alias, pseudonym, code name, confidential source number, or any other personal identifier by which the OIG should search for records that may be responsive to the request. Therefore, even if IDMS records were indexed by such alternate identifiers, which it is not, I had no basis to conduct any search using keywords other than Mr. Dutton's name.

5. As detailed in my prior declaration, in addition to searching the IDMS database, other steps I undertook in processing the FOIA request were to send a request by email to the OIG's Investigations Division El Paso Area Office seeking any records of communications, contacts, or correspondence between William Wesley Dutton and the OIG, and to request that OIG's Cyber Investigations Office undertake an e-discovery collection of electronic records that included the name Dutton and that were maintained by OIG personnel associated with the OIG's Investigations Division Area Office in El Paso, Texas and the personnel of the OIG's Investigations Division Field Office in Dallas, Texas.

Pursuant to Title 28 U.S.C. § 1764, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August  16 , 2017
         Washington, D.C

*Deborah M. Waller*
Deborah M. Waller