```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

WILLIAM WESLEY DUTTON, et al.,    )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )  Civil Action No. 16-1496 ABJ
                                  )
U.S. DEPARTMENT OF JUSTICE,       )
                                  )
          Defendant.              )
_____)

### ORDER

Upon consideration of Plaintiffs' Cross-Motion For Summary Judgment, the reasons set forth by Defendant and based upon the entire record in this matter, it is this _____ day of _____, 2017,

ORDERED that the Plaintiffs' Cross-Motion For Summary Judgment should be and is hereby DENIED.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

PAUL J. ORFANEDES, ESQ.
RAMONA R. COTCA, ESQ.
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024